UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA B., | Case No. 25-cv-03179-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| CALIFORNIA PHYSICIANS SERVICE, | |
| Defendant. | |

A case management conference was held on July 29, 2025. Having considered the parties' proposal, *see* Dkt. No. 19, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Fact Discovery Deadline (including motions) | December 15, 2025 |
| Deadline for Filing Opening Rule 52 Briefs | March 12, 2026 |
| Deadline for Filing Responsive Rule 52 Briefs | March 26, 2026 |
| Hearing on Rule 52 Cross-Motions | April 10, 2026 at 10:00 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   7/31/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge