# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA B.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; and DOES 1 through 10<br><br>　　　　　Defendants. | Case No. 4:25-cv-03179-HSG<br><br>(Honorable Haywood S. Gilliam, Jr., Crtrm. 2, 4th Floor, Oakland)<br><br>**ORDER GRANTING CONTINUANCE OF DEADLINES RELATED TO THE STANDARD OF REVIEW**<br><br>Complaint Filed:　April 9, 2025<br>Discovery C/O:　December 15, 2025<br>Rule 52 Hearing:　April 10, 2026 |

-1-

**ORDER**

Having reviewed the Parties' Stipulation to extend the time to continue the deadlines related to the applicable standard of review, and for good cause shown, the Court ORDERS as follows:

The Parties shall file a joint one-line filing either stating that they agree to the standard of review, or, if the parties are unable to agree, stating each side's position on the appropriate standard of review by September 2, 2025. If the Parties disagree on the standard of review, letter briefs on the standard of review will be due by September 16, 2025.

**IT IS SO ORDERED.**

DATED: 8/13/2025

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE