# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA B.<br><br>                    Plaintiff,<br><br>        v.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; and DOES 1 through 10<br><br>                    Defendants. | Case No. 4:25-cv-03179-HSG<br><br>(Honorable Haywood S. Gilliam, Jr., Crtrm. 2, 4th Floor, Oakland)<br><br>**ORDER GRANTING CONTINUANCE OF THE RULE 52 BRIEFING DEADLINES AND THE HEARING ON RULE 52 CROSS-MOTIONS (AS MODIFIED)**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:    April 9, 2025<br>Discovery C/O:      December 15, 2025<br>Rule 52 Hearing:    April 10, 2026 |

-1-

**<u>ORDER</u>**

Having reviewed the Parties' Stipulation to continue the deadlines to submit their Rule 52 briefing and to continue the hearing on their Rule 52 cross-motions, and for good cause shown, the Court ORDERS as follows:

The Court continues the deadlines as follows:

Opening Rule 52 briefs due –April 13, 2026

Responsive Rule 52 briefs due –April 27, 2026

Hearing on Rule 52 Motions –May 15, 2026 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED:  January 23, 2026 _

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

-1-

ORDER GRANTING CONTINUANCE OF RULE 52 BRIEFING
AND HEARING DEADLINES
Case No. 4:25-cv-03179-HSG